In re Angus Chemical Company,; IMC Fertilizer, Inc.; Glitsch, Inc.; Ford, Bacon & Davis Co., Inc.; Breck Construction Co., Inc.; Grinnell Corporation; Enpro Services Co., Inc.; Teledyne Farris Engineering; M.W. Kellogg Co.; Mid-South Fire Protection, Inc.; James Machine Works, Inc.; Robinson Contractor, Inc.; Cooper Industries, Inc.; — Defendant(s); applying for writ of cer-tiorari and/or review; Parish of Ouachita, 4th Judicial District Court, Div. “F”, No. 92- *1350 1707; to the Court of Appeal, Second Circuit, No. 25632-CA.
Denied.
DENNIS, J., not on panel.